THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL MORGAN, :
:
    Plaintiff :
:
v. : 3:22-CV-1044
: (JUDGE MARIANI)
DISCOVER CARD, :
:
    Defendant :

## ORDER

AND NOW, THIS ___6th___ DAY OF JUNE, 2023, upon review of Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 11) is **ADOPTED** for the reasons stated therein.

2. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 4) is **GRANTED**.

3. The above-captioned action is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** this action.

                                                          Robert D. Mariani
                                                          United States District Judge